Kravitz *v.* Mudry, Appellant.

Submitted December 13, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Samuel E. Kratzok,* for appellant.

*Frank Carano,* and *Carano & Kunken,* for appellees.

OPINION PER CURIAM, March 19, 1963:
The judgment of the court below is affirmed on the opinion of Judge BURCH of the County Court of Philadelphia, as reported in 29 Pa. D. & C. 2d 273.